# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:

**Louvenger Lee Phillips**

Debtor(s).

Chapter **13**

Case No. **18-20339**

## PAYMENT ADVICE COVER SHEET

*Please check the appropriate box*

### For Debtor:

☑ Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)

☐ No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).

☐ No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain). _____

### For Joint Debtor, if applicable:

☐ Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)

☐ No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).

☐ No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain). _____

Dated: **January 16, 2018**

**/s/ Angela M. Soltis**

**Angela M. Soltis 1063963**

Attorney for Debtor
**Miller & Miller Law, LLC**
**633 W Wisconsin Ave**
**Suite 500**
**Milwaukee, WI 53203-1918**
**414-336-7560**
**angela@millermillerlaw.com**

| Earnings | Pay Rate | Hours (Units) | Current In/Out | Current Amount | Taxes | Current Amount | Employer Amount | Deductions | Current Amount | Employer Amount | Net Pay | Current Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHILLIPS, LOUVENGER** | | | | | **Period Ending: 05/13/2017** | | | **Paycheck Date: 05/26/2017** | | | | **Printed Check No. 0088376786** |
| | | | | | WI SUTA (WIUI) | 0.00 | 16.38 | | | | | |
| Totals: | | 46.00 | $0.00 | $455.00 | | $49.27 | $51.19 | | | | | $405.73 |
| **PHILLIPS, LOUVENGER** | | | | | **Period Ending: 05/20/2017** | | | **Paycheck Date: 06/02/2017** | | | | **Printed Check No. 0088413610** |
| Adjustment Pay (ADJP) | 1.00 | 0.00 | $0.00 | $412.50 | Fed Medicare (FMED) | 5.98 | 5.98 | | | | Checking | 369.26 |
| | | | | | Fed Soc Sec (FSOC) | 25.58 | 25.58 | | | | | |
| | | | | | WI State (WI) | 11.68 | 0.00 | | | | | |
| | | | | | WI SUTA (WIUI) | 0.00 | 14.85 | | | | | |
| Totals: | | 0.00 | $0.00 | $412.50 | | $43.24 | $46.41 | | | | | $369.26 |
| **PHILLIPS, LOUVENGER** | | | | | **Period Ending: 06/03/2017** | | | **Paycheck Date: 06/12/2017** | | | | **Printed Check No. 0088465472** |
| Adjustment Pay (ADJP) | 1.00 | 0.00 | $0.00 | $412.50 | Fed Medicare (FMED) | 5.98 | 5.98 | | | | Checking | 369.26 |
| | | | | | Fed Soc Sec (FSOC) | 25.58 | 25.58 | | | | | |
| | | | | | WI State (WI) | 11.68 | 0.00 | | | | | |
| | | | | | WI SUTA (WIUI) | 0.00 | 14.85 | | | | | |
| Totals: | | 0.00 | $0.00 | $412.50 | | $43.24 | $46.41 | | | | | $369.26 |
| **PHILLIPS, LOUVENGER** | | | | | **Period Ending: 06/02/2017** | | | **Paycheck Date: 06/16/2017** | | | | **Printed Check No. 0088506234** |
| Adjustment Pay (ADJP) | 1.00 | 0.00 | $0.00 | $412.50 | Fed Medicare (FMED) | 5.98 | 5.98 | | | | Checking | 369.26 |
| | | | | | Fed Soc Sec (FSOC) | 25.58 | 25.58 | | | | | |
| | | | | | WI State (WI) | 11.68 | 0.00 | | | | | |
| | | | | | WI SUTA (WIUI) | 0.00 | 3.42 | | | | | |
| Totals: | | 0.00 | $0.00 | $412.50 | | $43.24 | $34.98 | | | | | $369.26 |
| **PHILLIPS, LOUVENGER** | | | | | **Period Ending: 06/10/2017** | | | **Paycheck Date: 06/23/2017** | | | | **Printed Check No. 0088546473** |
| Adjustment Pay (ADJP) | 1.00 | 0.00 | $0.00 | $416.69 | Fed Medicare (FMED) | 6.04 | 6.04 | | | | Checking | 372.87 |
| | | | | | Fed Soc Sec (FSOC) | 25.83 | 25.83 | | | | | |
| | | | | | WI State (WI) | 11.95 | 0.00 | | | | | |
| Totals: | | 0.00 | $0.00 | $416.69 | | $43.82 | $31.87 | | | | | $372.87 |
| **PHILLIPS, LOUVENGER** | | | | | **Period Ending: 06/17/2017** | | | **Paycheck Date: 06/30/2017** | | | | **Printed Check No. 0088592792** |
| Standby (STB) | 40.00 | 1.00 | $0.00 | $40.00 | Fed Medicare (FMED) | 3.48 | 3.48 | | | | Checking | 219.41 |
| Trainee (TRA) | 100.00 | 2.00 | $0.00 | $200.00 | Fed Soc Sec (FSOC) | 14.88 | 14.88 | | | | | |
| | | | | | WI State (WI) | 2.23 | 0.00 | | | | | |

COURIER DISTRIBUTION SYSTEMS LLC (HRB)

**Payroll Detail Register**
**Paychecks Dated From 05/01/2017 To 09/30/2017**

Case 18-20339-beh    Doc 4    Filed 01/16/18    Page 2 of 27

| Earnings | Pay Rate | Hours (Units) | Current In/Out | Current Amount | Taxes | Current Amount | Employer Amount | Deductions | Current Amount | Employer Amount | Net Pay | Current Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals:** | | 3.00 | $0.00 | $240.00 | | $20.59 | $18.36 | | | | | $219.41 |

| PHILLIPS, LOUVENGER | | | | | Period Ending: 06/24/2017 | | | Paycheck Date: 07/07/2017 | | | | Printed Check No. 0088632587 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular (R) | 12.50 | 50.00 | $0.00 | $625.00 | Fed Income Tax (FED) | 15.56 | 0.00 | | | | Checking | 637.87 |
| 10 Hour Route (Reduce) | 125.00 | (3.00) | $0.00 | $(375.00) | Fed Medicare (FMED) | 10.80 | 10.80 | | | | | |
| Adjustment Pay (ADJP) | 1.00 | 0.00 | $0.00 | $495.00 | Fed Soc Sec (FSOC) | 46.19 | 46.19 | | | | | |
| | | | | | WI State (WI) | 34.58 | 0.00 | | | | | |
| **Totals:** | | 47.00 | $0.00 | $745.00 | | $107.13 | $56.99 | | | | | $637.87 |

| PHILLIPS, LOUVENGER | | | | | Period Ending: 07/01/2017 | | | Paycheck Date: 07/14/2017 | | | | Printed Check No. 0088683382 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular (R) | 12.50 | 50.00 | $0.00 | $625.00 | Fed Income Tax (FED) | 6.36 | 0.00 | | | | Checking | 568.61 |
| Half Time (HLF) | 6.25 | 4.49 | $0.00 | $28.06 | Fed Medicare (FMED) | 9.47 | 9.47 | | | | | |
| | | | | | Fed Soc Sec (FSOC) | 40.49 | 40.49 | | | | | |
| | | | | | WI State (WI) | 28.13 | 0.00 | | | | | |
| **Totals:** | | 54.49 | $0.00 | $653.06 | | $84.45 | $49.96 | | | | | $568.61 |

| PHILLIPS, LOUVENGER | | | | | Period Ending: 07/08/2017 | | | Paycheck Date: 07/21/2017 | | | | Printed Check No. 0088725677 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular (R) | 12.50 | 50.00 | $0.00 | $625.00 | Fed Medicare (FMED) | 7.25 | 7.25 | | | | Checking | 444.35 |
| 10 Hour Route (Reduce) | 125.00 | (1.00) | $0.00 | $(125.00) | Fed Soc Sec (FSOC) | 31.00 | 31.00 | | | | | |
| | | | | | WI State (WI) | 17.40 | 0.00 | | | | | |
| **Totals:** | | 49.00 | $0.00 | $500.00 | | $55.65 | $38.25 | | | | | $444.35 |

| PHILLIPS, LOUVENGER | | | | | Period Ending: 07/15/2017 | | | Paycheck Date: 07/28/2017 | | | | Printed Check No. 0088772280 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular (R) | 12.50 | 50.00 | $0.00 | $625.00 | Fed Income Tax (FED) | 7.13 | 0.00 | | | | Checking | 574.36 |
| Half Time (HLF) | 6.25 | 5.71 | $0.00 | $35.69 | Fed Medicare (FMED) | 9.58 | 9.58 | | | | | |
| | | | | | Fed Soc Sec (FSOC) | 40.96 | 40.96 | | | | | |
| | | | | | WI State (WI) | 28.66 | 0.00 | | | | | |
| **Totals:** | | 55.71 | $0.00 | $660.69 | | $86.33 | $50.54 | | | | | $574.36 |

| PHILLIPS, LOUVENGER | | | | | Period Ending: 07/22/2017 | | | Paycheck Date: 08/04/2017 | | | | Printed Check No. 0088814907 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular (R) | 12.50 | 50.00 | $0.00 | $625.00 | Fed Income Tax (FED) | 5.71 | 0.00 | | | | Checking | 563.71 |
| Half Time (HLF) | 6.25 | 3.45 | $0.00 | $21.56 | Fed Medicare (FMED) | 9.38 | 9.38 | | | | | |
| | | | | | Fed Soc Sec (FSOC) | 40.09 | 40.09 | | | | | |
| | | | | | WI State (WI) | 27.67 | 0.00 | | | | | |
| **Totals:** | | 53.45 | $0.00 | $646.56 | | $82.85 | $49.47 | | | | | $563.71 |

COURIER DISTRIBUTION SYSTEMS LLC (HRB)

**Payroll Detail Register**
Paychecks Dated From 05/01/2017 To 09/30/2017

# COURIER DISTRIBUTION SYSTEMS LLC (HRB)

| Earnings | Pay Rate | Hours (Units) | Current In/Out | Current Amount | Taxes | Current Amount | Employer Amount | Deductions | Current Amount | Employer Amount | Net Pay | Current Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHILLIPS, LOUVENGER** | | | | | **Period Ending: 07/29/2017** | | | **Paycheck Date: 08/11/2017** | | | **Printed Check No. 0088863069** | |
| Regular (R) | 12.50 | 50.00 | $0.00 | $625.00 | Fed Medicare (FMED) | 7.25 | 7.25 | | | | Checking | 444.35 |
| 10 Hour Route (Reduce) | 125.00 | (1.00) | $0.00 | $(125.00) | Fed Soc Sec (FSOC) | 31.00 | 31.00 | | | | | |
| | | | | | WI State (WI) | 17.40 | 0.00 | | | | | |
| **Totals:** | | 49.00 | $0.00 | $500.00 | | $55.65 | $38.25 | | | | | $444.35 |
| **PHILLIPS, LOUVENGER** | | | | | **Period Ending: 08/05/2017** | | | **Paycheck Date: 08/18/2017** | | | **Printed Check No. 0088908557** | |
| Regular (R) | 12.50 | 50.00 | $0.00 | $625.00 | Fed Income Tax (FED) | 7.93 | 0.00 | | | | Checking | 580.38 |
| Half Time (HLF) | 6.25 | 6.99 | $0.00 | $43.69 | Fed Medicare (FMED) | 9.70 | 9.70 | | | | | |
| | | | | | Fed Soc Sec (FSOC) | 41.46 | 41.46 | | | | | |
| | | | | | WI State (WI) | 29.22 | 0.00 | | | | | |
| **Totals:** | | 56.99 | $0.00 | $668.69 | | $88.31 | $51.16 | | | | | $580.38 |
| **PHILLIPS, LOUVENGER** | | | | | **Period Ending: 08/12/2017** | | | **Paycheck Date: 08/25/2017** | | | **Printed Check No. 0088953371** | |
| Regular (R) | 12.50 | 50.00 | $0.00 | $625.00 | Fed Medicare (FMED) | 7.25 | 7.25 | | | | Checking | 444.35 |
| 10 Hour Route (Reduce) | 125.00 | (1.00) | $0.00 | $(125.00) | Fed Soc Sec (FSOC) | 31.00 | 31.00 | | | | | |
| | | | | | WI State (WI) | 17.40 | 0.00 | | | | | |
| **Totals:** | | 49.00 | $0.00 | $500.00 | | $55.65 | $38.25 | | | | | $444.35 |
| **PHILLIPS, LOUVENGER** | | | | | **Period Ending: 08/19/2017** | | | **Paycheck Date: 09/01/2017** | | | **Printed Check No. 0089003609** | |
| Regular (R) | 12.50 | 50.00 | $0.00 | $625.00 | Fed Medicare (FMED) | 7.25 | 7.25 | | | | Checking | 444.35 |
| 10 Hour Route (Reduce) | 125.00 | (1.00) | $0.00 | $(125.00) | Fed Soc Sec (FSOC) | 31.00 | 31.00 | | | | | |
| | | | | | WI State (WI) | 17.40 | 0.00 | | | | | |
| **Totals:** | | 49.00 | $0.00 | $500.00 | | $55.65 | $38.25 | | | | | $444.35 |
| **PHILLIPS, LOUVENGER** | | | | | **Period Ending: 08/26/2017** | | | **Paycheck Date: 09/08/2017** | | | **Printed Check No. 0089039750** | |
| Regular (R) | 12.50 | 50.00 | $0.00 | $625.00 | Fed Medicare (FMED) | 7.35 | 7.35 | | | | Checking | 450.35 |
| 10 Hour Route (Reduce) | 125.00 | (1.00) | $0.00 | $(125.00) | Fed Soc Sec (FSOC) | 31.43 | 31.43 | | | | | |
| Half Time (HLF) | 6.25 | 1.12 | $0.00 | $7.00 | WI State (WI) | 17.87 | 0.00 | | | | | |
| **Totals:** | | 50.12 | $0.00 | $507.00 | | $56.65 | $38.78 | | | | | $450.35 |
| **PHILLIPS, LOUVENGER** | | | | | **Period Ending: 09/02/2017** | | | **Paycheck Date: 09/15/2017** | | | **Printed Check No. 0089093368** | |
| Regular (R) | 12.50 | 50.00 | $0.00 | $625.00 | Fed Income Tax (FED) | 7.82 | 0.00 | | | | Checking | 579.59 |
| Half Time (HLF) | 6.25 | 6.82 | $0.00 | $42.63 | Fed Medicare (FMED) | 9.68 | 9.68 | | | | | |

| Earnings | Pay Rate | Hours (Units) | Current In/Out | Current Amount | Taxes | Current Amount | Employer Amount | Deductions | Current Amount | Employer Amount | Net Pay | Current Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHILLIPS, LOUVENGER** | | | | | **Period Ending: 09/02/2017** | | | **Paycheck Date: 09/15/2017** | | | **Printed Check No. 0089093368** | |
| | | | | | Fed Soc Sec (FSOC) | 41.39 | 41.39 | | | | | |
| | | | | | WI State (WI) | 29.15 | 0.00 | | | | | |
| Totals: | | 56.82 | $0.00 | $667.63 | | $88.04 | $51.07 | | | | | $579.59 |
| **PHILLIPS, LOUVENGER** | | | | | **Period Ending: 09/09/2017** | | | **Paycheck Date: 09/22/2017** | | | **Printed Check No. 0089139821** | |
| 10 Hour Route (Add) (10 | 125.00 | 2.00 | $0.00 | $250.00 | Fed Medicare (FMED) | 3.63 | 3.63 | | | | Checking | 228.24 |
| | | | | | Fed Soc Sec (FSOC) | 15.50 | 15.50 | | | | | |
| | | | | | WI State (WI) | 2.63 | 0.00 | | | | | |
| Totals: | | 2.00 | $0.00 | $250.00 | | $21.76 | $19.13 | | | | | $228.24 |
| **PHILLIPS, LOUVENGER** | | | | | **Period Ending: 09/09/2017** | | | **Paycheck Date: 09/22/2017** | | | **Printed Check No. 0089142643** | |
| Paid Time Off (PTO) | 12.50 | 30.00 | $0.00 | $375.00 | Fed Medicare (FMED) | 5.44 | 5.44 | | | | Checking | 337.09 |
| | | | | | Fed Soc Sec (FSOC) | 23.25 | 23.25 | | | | | |
| | | | | | WI State (WI) | 9.22 | 0.00 | | | | | |
| Totals: | | 30.00 | $0.00 | $375.00 | | $37.91 | $28.69 | | | | | $337.09 |
| **PHILLIPS, LOUVENGER** | | | | | **Period Ending: 09/16/2017** | | | **Paycheck Date: 09/29/2017** | | | **Printed Check No. 0089187831** | |
| Regular (R) | 12.50 | 50.00 | $0.00 | $625.00 | Fed Medicare (FMED) | 7.25 | 7.25 | | | | Checking | 444.35 |
| 10 Hour Route (Reduce) | 125.00 | (1.00) | $0.00 | $(125.00) | Fed Soc Sec (FSOC) | 31.00 | 31.00 | | | | | |
| | | | | | WI State (WI) | 17.40 | 0.00 | | | | | |
| Totals: | | 49.00 | $0.00 | $500.00 | | $55.65 | $38.25 | | | | | $444.35 |
| **Totals for Employee: PHILLIPS, LOUVENGER** | | | | | | | | | | | | |
| Regular (R) | | 800.00 | $0.00 | $10,000.00 | Fed Income Tax (FED) | 69.39 | 0.00 | BML Accident Post-Tax (BAC | 4.18 | 0.00 | Checking | 10,828.39 |
| Overtime (O) | | 0.79 | $0.00 | $14.81 | Fed Medicare (FMED) | 178.40 | 178.40 | RSL AD&D Post-Tax (RADD | 0.58 | 0.00 | | |
| 10 Hour Route (Add) (10 | | 2.00 | $0.00 | $250.00 | Fed Soc Sec (FSOC) | 762.79 | 762.79 | RSL Critical Illness/Cancer Po | 1.10 | 0.00 | | |
| 10 Hour Route (Reduce) | | (14.00) | $0.00 | $(1,750.00) | WI State (WI) | 447.47 | 0.00 | RSL LTD Post-Tax (RLTD) | 1.87 | 0.00 | | |
| Adjustment Pay (ADJP) | | 0.00 | $0.00 | $2,891.69 | WI SUTA (WIUI) | 0.00 | 131.58 | RSL STD Post-Tax (RSTD) | 8.08 | 0.00 | | |
| Half Time (HLF) | | 45.03 | $0.00 | $281.44 | | | | RSL Term Life Post-Tax (RTL | 0.69 | 0.00 | | |
| Paid Time Off (PTO) | | 30.00 | $0.00 | $375.00 | | | | | | | | |
| Standby (STB) | | 1.00 | $0.00 | $40.00 | | | | | | | | |
| Trainee (TRA) | | 2.00 | $0.00 | $200.00 | | | | | | | | |
| Totals: | | 866.82 | $0.00 | $12,302.94 | | $1,458.05 | $1,072.77 | | $16.50 | $0.00 | | $10,828.39 |

COURIER DISTRIBUTION SYSTEMS LLC (HRB)

**Payroll Detail Register**
Paychecks Dated From 05/01/2017 To 09/30/2017

Case 18-20339-beh    Doc 4    Filed 01/16/18    Page 5 of 27

Export To PDF >

# Earnings Statement

# LOUVENGER PHILLIPS

Company: 0VC12 - COURIER DISTRIBUTION
SYSTEMS LLC

| | | |
|---|---|---|
| Pay Date: 10/06/2017 | | Emp #: A03M |
| Period Start: 09/17/2017 | 2200 NORCROSS PKWAY STE 200 | Dept: DML1 |
| Period End: 09/23/2017 | NORCROSS, GA 30071    (770) 242-0454 | Pay Basis: Salary |

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | | | 0.00 | 20625.00 |
| Overtime | | | 0.00 | 314.63 |
| Paid Time Off | | | 0.00 | 750.00 |
| 10 Hour Route Y | | | 0.00 | -3250.00 |
| 10 Hr Standard Y | | | 0.00 | 250.00 |
| ADJ PAY | | | 125.00 | 3016.69 |
| Alcom Rate | | | 500.00 | 500.00 |
| BONUS | | | 0.00 | 35.00 |
| Halftime | | | 0.00 | 751.39 |
| Standby Y | | | 0.00 | 80.00 |
| Training Y | | | 0.00 | 200.00 |
| | | | | |
| Gross | | | 625.00 | 23272.71 |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/5) | | | 19.74 | 182.47 |
| Medicare | | | 9.06 | 337.48 |
| Social Security | | | 38.75 | 1442.92 |
| Wisconsin State W/H (S/5) | | | 26.71 | 815.41 |

| Deductions | | | | |
|---|---|---|---|---|
| BML Accident Post-Tax | | | 0.00 | 4.18 |
| RSL ADD&D Post-Tax | | | 0.00 | 0.58 |
| RSL Critical Illness/Cancer | | | 0.00 | 1.10 |
| RSL LTD Post-Tax | | | 0.00 | 1.87 |
| RSL STD Post-Tax | | | 0.00 | 137.28 |
| RSL Term Life Post-Tax | | | 0.00 | 0.69 |
| | | | | |
| Net Pay | | | 530.74 | 20348.73 | Voucher No.: 98434161DD |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 530.74 | 20348.73 | A/C:8872 |

https://www.paycomonline.net/v4/ee/ar1-earnstatement.php?getstr=YTo4OntzOjEwOiJjb...          12/4/2017

**Voucher No.: 98434161DD**

COURIER DISTRIBUTION SYSTEMS LLC
2200 NORCROSS PKWAY STE 200
NORCROSS , GA 30071

DATE: **10/06/2017**

| Net Pay: | $ 530.74 |
|---|---|

Five Hundred Thirty And 74/100 Dollars

LOUVENGER PHILLIPS
3651 E SQUIRE AVE
CUDAHY, WI 53110

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

https://www.paycomonline.net/v4/ee/ar1-earnstatement.php?getstr=YTo4OntzOjEwOiJjb...    12/4/2017

Export To PDF >

# Earnings Statement

# LOUVENGER PHILLIPS

Company: 0VC12 - COURIER DISTRIBUTION
SYSTEMS LLC

| | | |
|---|---|---|
| Pay Date: 10/13/2017 | | Emp #: A03M |
| Period Start: 09/24/2017 | 2200 NORCROSS PKWAY STE 200 | Dept: DML1 |
| Period End: 09/30/2017 | NORCROSS, GA 30071 (770) 242-0454 | Pay Basis: Salary |

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | | | 0.00 | 20625.00 |
| Overtime | | | 0.00 | 314.63 |
| Paid Time Off | | | 0.00 | 750.00 |
| 10 Hour Route Y | | | 0.00 | -3250.00 |
| 10 Hr Standard Y | | | 0.00 | 250.00 |
| ADJ PAY | | | 0.00 | 3016.69 |
| Alcom Rate | | | 500.00 | 1000.00 |
| BONUS | | | 0.00 | 35.00 |
| Half Time | | | 4.44 | 4.44 |
| Halftime | | | 0.00 | 751.39 |
| Standby Y | | | 0.00 | 80.00 |
| Training Y | | | 0.00 | 200.00 |
| | **Gross** | | **504.44** | **23777.15** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/5) | | | 7.08 | 189.55 |
| Medicare | | | 7.31 | 344.79 |
| Social Security | | | 31.28 | 1474.20 |
| Wisconsin State W/H (S/5) | | | 18.40 | 833.81 |

| Deductions | | | | |
|---|---|---|---|---|
| BML Accident Post-Tax | | | 0.00 | 4.18 |
| RSL ADD&D Post-Tax | | | 0.00 | 0.58 |
| RSL Critical Illness/Cancer | | | 0.00 | 1.10 |
| RSL LTD Post-Tax | | | 0.00 | 1.87 |
| RSL STD Post-Tax | | | 0.00 | 137.28 |
| RSL Term Life Post-Tax | | | 0.00 | 0.69 |
| | **Net Pay** | | **440.37** | **20789.10** | Voucher No.: 100178221DD |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 440.37 | 20789.10 | A/C:8872 |

https://www.paycomonline.net/v4/ee/ar1-earnstatement.php?getstr=YTo4OntzOjEwOiJjb... 12/4/2017

**Voucher No.: 100178221DD**

COURIER DISTRIBUTION SYSTEMS LLC
2200 NORCROSS PKWAY STE 200
NORCROSS , GA 30071

DATE: **10/13/2017**

| Net Pay: | $ 440.37 |
| --- | --- |

Four Hundred Forty And 37/100 Dollars

LOUVENGER PHILLIPS
3651 E SQUIRE AVE
CUDAHY, WI 53110

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

https://www.paycomonline.net/v4/ee/ar1-earnstatement.php?getstr=YTo4OntzOjEwOiJjb...    12/4/2017

☒Export To PDF >

# Earnings Statement

# LOUVENGER PHILLIPS

Company: 0VC12 - COURIER DISTRIBUTION
SYSTEMS LLC

| | | |
|---|---|---|
| Pay Date: 10/20/2017 | | Emp #: A03M |
| Period Start: 10/01/2017 | 2200 NORCROSS PKWAY STE 200 | Dept: DML1 |
| Period End: 10/07/2017 | NORCROSS, GA 30071    (770) 242-0454 | Pay Basis: Salary |

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | | | 0.00 | 20625.00 |
| Overtime | | | 0.00 | 314.63 |
| Paid Time Off | | | 0.00 | 750.00 |
| 10 Hour Route Y | | | 0.00 | -3250.00 |
| 10 Hr Standard Y | | | 0.00 | 250.00 |
| ADJ PAY | | | 0.00 | 3016.69 |
| Alcom Rate | | | 625.00 | 1625.00 |
| BONUS | | | 0.00 | 35.00 |
| Half Time | | | 21.69 | 26.13 |
| Halftime | | | 0.00 | 751.39 |
| Standby Y | | | 0.00 | 80.00 |
| Training Y | | | 0.00 | 200.00 |
| | | **Gross** | **646.69** | **24423.84** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/5) | | | 22.99 | 212.54 |
| Medicare | | | 9.38 | 354.17 |
| Social Security | | | 40.09 | 1514.29 |
| Wisconsin State W/H (S/5) | | | 28.23 | 862.04 |

| Deductions | | | | |
|---|---|---|---|---|
| BML Accident Post-Tax | | | 0.00 | 4.18 |
| RSL ADD&D Post-Tax | | | 0.00 | 0.58 |
| RSL Critical Illness/Cancer | | | 0.00 | 1.10 |
| RSL LTD Post-Tax | | | 0.00 | 1.87 |
| RSL STD Post-Tax | | | 0.00 | 137.28 |
| RSL Term Life Post-Tax | | | 0.00 | 0.69 |
| | | **Net Pay** | **546.00** | **21335.10** | Voucher No.: 101709202DD |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 546.00 | 21335.10 | A/C:8872 |

https://www.paycomonline.net/v4/ee/ar1-earnstatement.php?getstr=YTo4OntzOjEwOiJjb...    12/4/2017

**Voucher No.: 101709202DD**

COURIER DISTRIBUTION SYSTEMS LLC
2200 NORCROSS PKWAY STE 200        DATE: **10/20/2017**
NORCROSS , GA 30071

| Net Pay: | $ 546.00 |
|----------|----------|

Five Hundred Forty Six And 00/100 Dollars

LOUVENGER PHILLIPS
3651 E SQUIRE AVE
CUDAHY, WI 53110

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

https://www.paycomonline.net/v4/ee/ar1-earnstatement.php?getstr=YTo4OntzOjEwOiJjb...        12/4/2017

Export To PDF >

# Earnings Statement                                             LOUVENGER PHILLIPS

Company: 0VC12 - COURIER DISTRIBUTION
SYSTEMS LLC

| | | |
|---|---|---|
| Pay Date: 10/27/2017 | | Emp #: A03M |
| Period Start: 10/08/2017 | 2200 NORCROSS PKWAY STE 200 | Dept: DML1 |
| Period End: 10/14/2017 | NORCROSS, GA 30071    (770) 242-0454 | Pay Basis: Salary |

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | | | 0.00 | 20625.00 |
| Overtime | | | 0.00 | 314.63 |
| Paid Time Off | | | 0.00 | 750.00 |
| 10 Hour Route Y | | | 0.00 | -3250.00 |
| 10 Hr Standard Y | | | 0.00 | 250.00 |
| ADJ PAY | | | 0.00 | 3016.69 |
| Alcom Rate | | | 500.00 | 2125.00 |
| BONUS | | | 0.00 | 35.00 |
| Half Time | | | 0.00 | 26.13 |
| Halftime | | | 0.00 | 751.39 |
| Standby Y | | | 0.00 | 80.00 |
| Training Y | | | 0.00 | 200.00 |
| | **Gross** | | **500.00** | **24923.84** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/5) | | | 0.00 | 212.54 |
| Medicare | | | 7.25 | 361.42 |
| Social Security | | | 31.00 | 1545.29 |
| Wisconsin State W/H (S/5) | | | 18.11 | 880.15 |

| Deductions | | | | |
|---|---|---|---|---|
| BML Accident Post-Tax | | | 0.00 | 4.18 |
| RSL ADD&D Post-Tax | | | 0.00 | 0.58 |
| RSL Critical Illness/Cancer | | | 0.00 | 1.10 |
| RSL LTD Post-Tax | | | 0.00 | 1.87 |
| RSL STD Post-Tax | | | 0.00 | 137.28 |
| RSL Term Life Post-Tax | | | 0.00 | 0.69 |
| | **Net Pay** | | **443.64** | **21778.74** | Voucher No.: 102948978DD |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 443.64 | 21778.74 | A/C:8872 |

https://www.paycomonline.net/v4/ee/ar1-earnstatement.php?getstr=YTo4OntzOjEwOiJjb...    12/4/2017

**Voucher No.: 102948978DD**

COURIER DISTRIBUTION SYSTEMS LLC
2200 NORCROSS PKWAY STE 200
NORCROSS , GA 30071

DATE: **10/27/2017**

| Net Pay: | $ 443.64 |
|---|---|
| Four Hundred Forty Three And 64/100 Dollars | |

LOUVENGER PHILLIPS
3651 E SQUIRE AVE
CUDAHY, WI 53110

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

https://www.paycomonline.net/v4/ee/ar1-earnstatement.php?getstr=YTo4OntzOjEwOiJjb...    12/4/2017

Export To PDF >

# Earnings Statement

# LOUVENGER PHILLIPS

Company: 0VC12 - COURIER DISTRIBUTION
SYSTEMS LLC

| | |
|---|---|
| Pay Date: 11/03/2017 | Emp #: A03M |
| Period Start: 10/15/2017 | 2200 NORCROSS PKWAY STE 200 | Dept: DML1 |
| Period End: 10/21/2017 | NORCROSS, GA 30071 (770) 242-0454 | Pay Basis: Salary |

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | | | 0.00 | 20625.00 |
| Overtime | | | 5.06 | 319.69 |
| Paid Time Off | | | 0.00 | 750.00 |
| 10 Hour Route Y | | | 0.00 | -3250.00 |
| 10 Hr Standard Y | | | 0.00 | 250.00 |
| ADJ PAY | | | 0.00 | 3016.69 |
| Alcom Rate | | | 625.00 | 2750.00 |
| BONUS | | | 0.00 | 35.00 |
| Half Time | | | 62.50 | 88.63 |
| Halftime | | | 0.00 | 751.39 |
| Standby Y | | | 0.00 | 80.00 |
| Training Y | | | 0.00 | 200.00 |
| **Gross** | | | **692.56** | **25616.40** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/5) | | | 0.00 | 212.54 |
| Medicare | | | 10.04 | 371.46 |
| Social Security | | | 42.94 | 1588.23 |
| Wisconsin State W/H (S/5) | | | 31.45 | 911.60 |

| Deductions | | | | |
|---|---|---|---|---|
| BML Accident Post-Tax | | | 0.00 | 4.18 |
| RSL ADD&D Post-Tax | | | 0.00 | 0.58 |
| RSL Critical Illness/Cancer | | | 0.00 | 1.10 |
| RSL LTD Post-Tax | | | 0.00 | 1.87 |
| RSL STD Post-Tax | | | 0.00 | 137.28 |
| RSL Term Life Post-Tax | | | 0.00 | 0.69 |
| **Net Pay** | | | **608.13** | **22386.87** | Voucher No.: 104557629DD |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 608.13 | 22386.87 | A/C:8872 |

https://www.paycomonline.net/v4/ee/ar1-earnstatement.php?getstr=YTo4OntzOjEwOiJjb...       12/4/2017

Voucher No.: **104557629DD**

COURIER DISTRIBUTION SYSTEMS LLC
2200 NORCROSS PKWAY STE 200
NORCROSS , GA 30071

DATE: **11/03/2017**

| Net Pay: | $ 608.13 |
|---|---|
| Six Hundred Eight And 13/100 Dollars | |

LOUVENGER PHILLIPS
3651 E SQUIRE AVE
CUDAHY, WI 53110

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

https://www.paycomonline.net/v4/ee/ar1-earnstatement.php?getstr=YTo4OntzOjEwOiJjb...    12/4/2017

⊠Export To PDF >

# Earnings Statement

# LOUVENGER PHILLIPS

Company: 0VC12 - COURIER DISTRIBUTION
SYSTEMS LLC

| | |
|---|---|
| Pay Date: 11/10/2017 | Emp #: A03M |
| Period Start: 10/22/2017  2200 NORCROSS PKWAY STE 200 | Dept: DML1 |
| Period End: 10/28/2017  NORCROSS, GA  30071  (770) 242-0454 | Pay Basis: Salary |

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | | | 0.00 | 20625.00 |
| Overtime | | | 0.00 | 319.69 |
| Paid Time Off | | | 0.00 | 750.00 |
| 10 Hour Route Y | | | 0.00 | -3250.00 |
| 10 Hr Standard Y | | | 0.00 | 250.00 |
| ADJ PAY | | | 0.00 | 3016.69 |
| Alcom Rate | | | 500.00 | 3250.00 |
| BONUS | | | 0.00 | 35.00 |
| Half Time | | | 0.00 | 88.63 |
| Halftime | | | 0.00 | 751.39 |
| Standby Y | | | 0.00 | 80.00 |
| Training Y | | | 0.00 | 200.00 |
| | | **Gross** | **500.00** | **26116.40** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/99) | | | 0.00 | 212.54 |
| Medicare | | | 7.25 | 378.71 |
| Social Security | | | 31.00 | 1619.23 |
| Wisconsin State W/H (S/99) | | | 0.00 | 911.60 |

| Deductions | | | | |
|---|---|---|---|---|
| BML Accident Post-Tax | | | 0.00 | 4.18 |
| RSL ADD&D Post-Tax | | | 0.00 | 0.58 |
| RSL Critical Illness/Cancer | | | 0.00 | 1.10 |
| RSL LTD Post-Tax | | | 0.00 | 1.87 |
| RSL STD Post-Tax | | | 0.00 | 137.28 |
| RSL Term Life Post-Tax | | | 0.00 | 0.69 |
| | **Net Pay** | | **461.75** | **22848.62** | Voucher No.: 106261334DD |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 461.75 | 22848.62 | A/C:8872 |

https://www.paycomonline.net/v4/ee/ar1-earnstatement.php?getstr=YTo4OntzOjEwOiJjb...          12/4/2017

Voucher No.: **106261334DD**

COURIER DISTRIBUTION SYSTEMS LLC
2200 NORCROSS PKWAY STE 200
NORCROSS , GA 30071

DATE: **11/10/2017**

| **Net Pay:** | **$ 461.75** |
| --- | --- |

Four Hundred Sixty One And 75/100 Dollars

LOUVENGER PHILLIPS
3651 E SQUIRE AVE
CUDAHY, WI 53110

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

https://www.paycomonline.net/v4/ee/ar1-earnstatement.php?getstr=YTo4OntzOjEwOiJjb...    12/4/2017

Export To PDF >

# Earnings Statement

# LOUVENGER PHILLIPS

Company: 0VC12 - COURIER DISTRIBUTION SYSTEMS LLC

| | | |
|---|---|---|
| Pay Date: 11/17/2017 | | Emp #: A03M |
| Period Start: 10/29/2017 | 2200 NORCROSS PKWAY STE 200 | Dept: DML1 |
| Period End: 11/04/2017 | NORCROSS, GA 30071   (770) 242-0454 | Pay Basis: Salary |

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | | | 0.00 | 20625.00 |
| Overtime | | | 0.00 | 319.69 |
| Paid Time Off | | | 0.00 | 750.00 |
| 10 Hour Route Y | | | 0.00 | -3250.00 |
| 10 Hr Standard Y | | | 0.00 | 250.00 |
| ADJ PAY | | | 0.00 | 3016.69 |
| Alcom Rate | | | 500.00 | 3750.00 |
| BONUS | | | 0.00 | 35.00 |
| Half Time | | | 12.88 | 101.51 |
| Halftime | | | 0.00 | 751.39 |
| Standby | | | 40.00 | 40.00 |
| Standby Y | | | 0.00 | 80.00 |
| Training Y | | | 0.00 | 200.00 |
| | | Gross | 552.88 | 26669.28 |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/99) | | | 0.00 | 212.54 |
| Medicare | | | 8.02 | 386.73 |
| Social Security | | | 34.28 | 1653.51 |
| Wisconsin State W/H (S/99) | | | 0.00 | 911.60 |

| Deductions | | | | |
|---|---|---|---|---|
| BML Accident Post-Tax | | | 0.00 | 4.18 |
| RSL ADD&D Post-Tax | | | 0.00 | 0.58 |
| RSL Critical Illness/Cancer | | | 0.00 | 1.10 |
| RSL LTD Post-Tax | | | 0.00 | 1.87 |
| RSL STD Post-Tax | | | 0.00 | 137.28 |
| RSL Term Life Post-Tax | | | 0.00 | 0.69 |
| | | Net Pay | 510.58 | 23359.20 |

Voucher No.: 107876422DD

## Net Pay Distribution

https://www.paycomonline.net/v4/ee/ar1-earnstatement.php?getstr=YTo4OntzOjEwOiJjb...   12/4/2017

Direct Deposit Net Check        510.58     23359.20   A/C:8872

---

**Voucher No.: 107876422DD**

COURIER DISTRIBUTION SYSTEMS LLC
2200 NORCROSS PKWAY STE 200
NORCROSS , GA 30071

**DATE: 11/17/2017**

| Net Pay: | $ 510.58 |
|---|---|

Five Hundred Ten And 58/100 Dollars

LOUVENGER PHILLIPS
3651 E SQUIRE AVE
CUDAHY, WI 53110

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

https://www.paycomonline.net/v4/ee/ar1-earnstatement.php?getstr=YTo4OntzOjEwOiJjb...   12/4/2017

Export To PDF >

# Earnings Statement

## LOUVENGER PHILLIPS

Company: 0VC12 - COURIER DISTRIBUTION SYSTEMS LLC

| | |
|---|---|
| Pay Date: 11/24/2017 | Emp #: A03M |
| Period Start: 11/05/2017 2200 NORCROSS PKWAY STE 200 | Dept: DML1 |
| Period End: 11/11/2017 NORCROSS, GA 30071 (770) 242-0454 | Pay Basis: Salary |

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | | | 0.00 | 20625.00 |
| Overtime | | | 196.88 | 516.57 |
| Paid Time Off | | | 0.00 | 750.00 |
| 10 Hour Route Y | | | 0.00 | -3250.00 |
| 10 Hr Standard Y | | | 0.00 | 250.00 |
| ADJ PAY | | | 0.00 | 3016.69 |
| Alcom Rate | | | 625.00 | 4375.00 |
| BONUS | | | 0.00 | 35.00 |
| Half Time | | | 32.63 | 134.14 |
| Halftime | | | 0.00 | 751.39 |
| Standby | | | 0.00 | 40.00 |
| Standby Y | | | 0.00 | 80.00 |
| Training Y | | | 0.00 | 200.00 |
| **Gross** | | | **854.51** | **27523.79** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/99) | | | 0.00 | 212.54 |
| Medicare | | | 12.39 | 399.12 |
| Social Security | | | 52.98 | 1706.49 |
| Wisconsin State W/H (S/99) | | | 2.01 | 913.61 |

| Deductions | | | | |
|---|---|---|---|---|
| BML Accident Post-Tax | | | 0.00 | 4.18 |
| RSL ADD&D Post-Tax | | | 0.00 | 0.58 |
| RSL Critical Illness/Cancer | | | 0.00 | 1.10 |
| RSL LTD Post-Tax | | | 0.00 | 1.87 |
| RSL STD Post-Tax | | | 0.00 | 137.28 |
| RSL Term Life Post-Tax | | | 0.00 | 0.69 |
| **Net Pay** | | | **787.13** | **24146.33** Voucher No.: 109239278DD |

## Net Pay Distribution

Case 18-20339-beh   Doc 4   Filed 01/16/18   Page 20 of 27

Direct Deposit Net Check                    787.13        24146.33   A/C:8872

|  |  |
|---|---|
| | **Voucher No.: 109239278DD** |

COURIER DISTRIBUTION SYSTEMS LLC
2200 NORCROSS PKWAY STE 200          DATE: **11/24/2017**
NORCROSS , GA 30071

| Net Pay: | $ 787.13 |
|---|---|
| Seven Hundred Eighty Seven And 13/100 Dollars | |

LOUVENGER PHILLIPS
3651 E SQUIRE AVE
CUDAHY, WI 53110                        For Record Purposes Only
                                        **NON-NEGOTIABLE**

https://www.paycomonline.net/v4/ee/ar1-earnstatement.php?getstr=YTo4OntzOjEwOiJjb...    12/4/2017

📄Export To PDF >

# Earnings Statement

**LOUVENGER PHILLIPS**

Company: 0VC12 - COURIER DISTRIBUTION
SYSTEMS LLC

| | | |
|---|---|---|
| Pay Date: 12/01/2017 | | Emp #: A03M |
| Period Start: 11/12/2017 | 2200 NORCROSS PKWAY STE 200 | Dept: DML1 |
| Period End: 11/18/2017 | NORCROSS, GA  30071    (770) 242-0454 | Pay Basis: Salary |

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | | | 0.00 | 20625.00 |
| Overtime | | | 0.00 | 516.57 |
| Paid Time Off | | | 0.00 | 750.00 |
| 10 Hour Route Y | | | 0.00 | -3250.00 |
| 10 Hr Standard Y | | | 0.00 | 250.00 |
| ADJ PAY | | | 0.00 | 3016.69 |
| Alcom Rate | | | 500.00 | 4875.00 |
| BONUS | | | 0.00 | 35.00 |
| Half Time | | | 3.75 | 137.89 |
| Halftime | | | 0.00 | 751.39 |
| Standby | | | 0.00 | 40.00 |
| Standby Y | | | 0.00 | 80.00 |
| Training Y | | | 0.00 | 200.00 |
| | | | | |
| **Gross** | | | **503.75** | **28027.54** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/99) | | | 0.00 | 212.54 |
| Medicare | | | 7.30 | 406.42 |
| Social Security | | | 31.23 | 1737.72 |
| Wisconsin State W/H (S/99) | | | 0.00 | 913.61 |

| Deductions | | | | |
|---|---|---|---|---|
| BML Accident Post-Tax | | | 0.00 | 4.18 |
| RSL ADD&D Post-Tax | | | 0.00 | 0.58 |
| RSL Critical Illness/Cancer | | | 0.00 | 1.10 |
| RSL LTD Post-Tax | | | 0.00 | 1.87 |
| RSL STD Post-Tax | | | 0.00 | 137.28 |
| RSL Term Life Post-Tax | | | 0.00 | 0.69 |
| | | | | |
| **Net Pay** | | | **465.22** | **24611.55** |  Voucher No.: 111080545DD |

**Net Pay Distribution**

Direct Deposit Net Check       465.22     24611.55   A/C:8872

Voucher No.: 111080545DD

COURIER DISTRIBUTION SYSTEMS LLC
2200 NORCROSS PKWAY STE 200
NORCROSS , GA 30071

DATE: **12/01/2017**

| Net Pay: | $ 465.22 |
|---|---|

Four Hundred Sixty Five And 22/100 Dollars

LOUVENGER PHILLIPS
3651 E SQUIRE AVE
CUDAHY, WI 53110

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

https://www.paycomonline.net/v4/ee/ar1-earnstatement.php?getstr=YTo4OntzOjEwOiJjb...    12/4/2017

Company: 0VC12 - COURIER DISTRIBUTION SYSTEMS LLC

Pay Date: 12/08/2017

Period Start: 11/19/2017  2200 NORCROSS PKWAY STE 200

Period End: 11/25/2017  NORCROSS, GA  30071    (770) 242-0454

Emp #: A03M

Dept: DML1

Pay Basis: Salary

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | | | 0.00 | 20625.00 |
| Overtime | | | 0.00 | 516.57 |
| Paid Time Off | | | 0.00 | 750.00 |
| 10 Hour Route Y | | | 0.00 | -3250.00 |
| 10 Hr Standard Y | | | 0.00 | 250.00 |
| ADJ PAY | | | 0.00 | 3016.69 |
| Alcom Rate | | | 500.00 | 5375.00 |
| BONUS | | | 0.00 | 35.00 |
| Half Time | | | 0.00 | 137.89 |
| Halftime | | | 0.00 | 751.39 |
| Standby | | | 0.00 | 40.00 |
| Standby Y | | | 0.00 | 80.00 |
| Training Y | | | 0.00 | 200.00 |
| | | | | |
| **Gross** | | | **500.00** | **28527.54** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/99) | | | 0.00 | 212.54 |
| Medicare | | | 7.25 | 413.67 |
| Social Security | | | 31.00 | 1768.72 |
| 036-1029140116-02 (S/99) | | | 0.00 | 913.61 |

| Deductions | | | | |
|---|---|---|---|---|
| BML Accident Post-Tax | | | 0.00 | 4.18 |
| RSL ADD&D Post-Tax | | | 0.00 | 0.58 |
| RSL Critical Illness/Cancer | | | 0.00 | 1.10 |
| RSL LTD Post-Tax | | | 0.00 | 1.87 |
| RSL STD Post-Tax | | | 0.00 | 137.28 |
| RSL Term Life Post-Tax | | | 0.00 | 0.69 |

**Net Pay**      461.75      25073.30  Voucher No.: 112569567DD

**Net Pay Distribution**

Direct Deposit Net Check      461.75      25073.30  A/C:8872

---

Voucher No.: 112569567DD

COURIER DISTRIBUTION SYSTEMS LLC
2200 NORCROSS PKWAY STE 200
NORCROSS , GA 30071

DATE: **12/08/2017**

Net Pay:      **$ 461.75**

Four Hundred Sixty One And 75/100 Dollars

LOUVENGER PHILLIPS
3651 E SQUIRE AVE
CUDAHY, WI 53110

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

Company: 0VC12 - COURIER DISTRIBUTION SYSTEMS LLC

| | |
|---|---|
| Pay Date: 12/15/2017 | Emp #: A03M |
| Period Start: 11/26/2017  2200 NORCROSS PKWAY STE 200 | Dept: DML1 |
| Period End: 12/02/2017  NORCROSS, GA  30071   (770) 242-0454 | Pay Basis: Salary |

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | | | 0.00 | 20625.00 |
| Overtime | | | 0.00 | 516.57 |
| Paid Time Off | | | 0.00 | 750.00 |
| 10 Hour Route Y | | | 0.00 | -3250.00 |
| 10 Hr Standard Y | | | 0.00 | 250.00 |
| ADJ PAY | | | 80.00 | 3096.69 |
| Alcom Rate | | | 675.00 | 6050.00 |
| BONUS | | | 0.00 | 35.00 |
| Half Time | | | 19.11 | 157.00 |
| Halftime | | | 0.00 | 751.39 |
| Standby | | | 0.00 | 40.00 |
| Standby Y | | | 0.00 | 80.00 |
| Training Y | | | 0.00 | 200.00 |
| | | | | |
| **Gross** | | | **774.11** | **29301.65** |

| W/H Taxes | | | Current Period | Year to Date |
|---|---|---|---|---|
| Federal W/H (S/99) | | | 0.00 | 212.54 |
| Medicare | | | 11.22 | 424.89 |
| Social Security | | | 47.99 | 1816.71 |
| Wisconsin State W/H (S/99) | | | 0.00 | 913.61 |

| Deductions | | | | |
|---|---|---|---|---|
| BML Accident Post-Tax | | | 0.00 | 4.18 |
| RSL ADD&D Post-Tax | | | 0.00 | 0.58 |
| RSL Critical Illness/Cancer | | | 0.00 | 1.10 |
| RSL LTD Post-Tax | | | 0.00 | 1.87 |
| RSL STD Post-Tax | | | 0.00 | 137.28 |
| RSL Term Life Post-Tax | | | 0.00 | 0.69 |

| | | | | |
|---|---|---|---|---|
| **Net Pay** | | | **714.90** | 25788.20  Voucher No.: 114236207DD |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 714.90 | 25788.20  A/C:8872 |

---

Voucher No.: 114236207DD

COURIER DISTRIBUTION SYSTEMS LLC
2200 NORCROSS PKWAY STE 200                       DATE: 12/15/2017
NORCROSS , GA 30071

| Net Pay: | $ 714.90 |
|---|---|
| Seven Hundred Fourteen And 90/100 Dollars | |

LOUVENGER PHILLIPS
3651 E SQUIRE AVE                                 **For Record Purposes Only**
CUDAHY, WI 53110                                  **\*\*NON-NEGOTIABLE\*\***

Company: 0VC12 - COURIER DISTRIBUTION SYSTEMS LLC

Pay Date: 12/22/2017

Period Start: 12/03/2017 2200 NORCROSS PKWAY STE 200

Period End: 12/09/2017 NORCROSS, GA 30071 (770) 242-0454

Emp #: A03M

Dept: DML1

Pay Basis: Salary

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | | | 0.00 | 20625.00 |
| Overtime | | | 0.00 | 516.57 |
| Paid Time Off | | | 0.00 | 750.00 |
| 10 Hour Route Y | | | 0.00 | -3250.00 |
| 10 Hr Standard Y | | | 0.00 | 250.00 |
| ADJ PAY | | | 0.00 | 3096.69 |
| Alcom Rate | | | 405.00 | 6455.00 |
| BONUS | | | 0.00 | 35.00 |
| Half Time | | | 0.00 | 157.00 |
| Halftime | | | 0.00 | 751.39 |
| Standby | | | 0.00 | 40.00 |
| Standby Y | | | 0.00 | 80.00 |
| Training Y | | | 0.00 | 200.00 |
| | **Gross** | | **405.00** | **29706.65** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/99) | | | 0.00 | 212.54 |
| Medicare | | | 5.87 | 430.76 |
| Social Security | | | 25.11 | 1841.82 |
| Wisconsin State W/H (S/99) | | | 0.00 | 913.61 |

| Deductions | | | | |
|---|---|---|---|---|
| BML Accident Post-Tax | | | 0.00 | 4.18 |
| RSL ADD&D Post-Tax | | | 0.00 | 0.58 |
| RSL Critical Illness/Cancer | | | 0.00 | 1.10 |
| RSL LTD Post-Tax | | | 0.00 | 1.87 |
| RSL STD Post-Tax | | | 0.00 | 137.28 |
| RSL Term Life Post-Tax | | | 0.00 | 0.69 |
| | **Net Pay** | | **374.02** | **26162.22** Voucher No.: 115957176DD |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 374.02 | 26162.22 A/C:8872 |

---

**Voucher No.: 115957176DD**

COURIER DISTRIBUTION SYSTEMS LLC
2200 NORCROSS PKWAY STE 200
NORCROSS , GA 30071

DATE: **12/22/2017**

| Net Pay: | $ 374.02 |
|---|---|

Three Hundred Seventy Four And 02/100 Dollars

LOUVENGER PHILLIPS
3651 E SQUIRE AVE
CUDAHY, WI 53110

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

**Earnings Statement**                                          **LOUVENGER PHILLIPS**

Company: 0VC12 - COURIER DISTRIBUTION SYSTEMS LLC

| | |
|---|---|
| Pay Date: 12/29/2017 | Emp #: A03M |
| Period Start: 12/17/2017   2200 NORCROSS PKWAY STE 200 | Dept: DML1 |
| Period End: 12/23/2017   NORCROSS, GA  30071   (770) 242-0454 | Pay Basis: Salary |

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | | | 0.00 | 20625.00 |
| Overtime | | | 0.00 | 516.57 |
| Paid Time Off | | | 0.00 | 750.00 |
| 10 Hour Route Y | | | 0.00 | -3250.00 |
| 10 Hr Standard Y | | | 0.00 | 250.00 |
| ADJ PAY | | | 0.00 | 3096.69 |
| Alcom Rate | | | 405.00 | 6860.00 |
| BONUS | | | 0.00 | 35.00 |
| Half Time | | | 0.00 | 157.00 |
| Halftime | | | 0.00 | 751.39 |
| Standby | | | 0.00 | 40.00 |
| Standby Y | | | 0.00 | 80.00 |
| Training Y | | | 0.00 | 200.00 |
| | | | | |
| **Gross** | | | **405.00** | **30111.65** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/99) | | | 0.00 | 212.54 |
| Medicare | | | 5.87 | 436.63 |
| Social Security | | | 25.11 | 1866.93 |
| Wisconsin State W/H (S/99) | | | 0.00 | 913.61 |

| Deductions | | | | |
|---|---|---|---|---|
| BML Accident Post-Tax | | | 0.00 | 4.18 |
| RSL ADD&D Post-Tax | | | 0.00 | 0.58 |
| RSL Critical Illness/Cancer | | | 0.00 | 1.10 |
| RSL LTD Post-Tax | | | 0.00 | 1.87 |
| RSL STD Post-Tax | | | 0.00 | 137.28 |
| RSL Term Life Post-Tax | | | 0.00 | 0.69 |
| | | | | |
| **Net Pay** | | | **374.02** | **26536.24**  Voucher No.: 117233136DD |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 374.02 | 26536.24  A/C:8872 |

---

Voucher No.: 117233136DD

COURIER DISTRIBUTION SYSTEMS LLC
2200 NORCROSS PKWAY STE 200        DATE: 12/29/2017
NORCROSS , GA 30071

| Net Pay: | $ 374.02 |
|---|---|

Three Hundred Seventy Four And 02/100 Dollars

LOUVENGER PHILLIPS
3651 E SQUIRE AVE                          **For Record Purposes Only**
CUDAHY, WI 53110                           ****NON-NEGOTIABLE****